IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–01733–EWN–CBS

MICHAEL L. ZINNA,

    Plaintiff,

v.

COLORADOWACKOEXPOSED.COM, and
DOES 120,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

Pending before the court is Plaintiff's Motion for Leave of Court to File Second Amended Complaint Under FED.R.CIV.P. 15 (*doc. no. 20)*. A review of the docket and file in this matter indicates that no objections or responses have been filed in compliance with D.C.COLOL.CIVR. 7.1C. Therefore, it is hereby

**ORDERED** that Plaintiff's motion is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing, the second amended complaint (*doc no. 20-2*), tendered to the court on March 30, 2007.

**DATED:**   April 26, 2007