**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:  06-cv-01733-EWN-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date: June 12, 2007** | **Courtroom Deputy:**  Ben Van Dyke |

MICHAEL L. ZINNA,                                               Pro se

    **Plaintiff,**

v.

ROBERT JACKSON COOK, *et al.,*                      No appearance

    **Defendant.**

---

### COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:     RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:         10:10 a.m.**
Court calls case.  Appearance of pro se plaintiff.  No appearance for defendants.

An order to show cause under Fed. R. Civ. P. 16(f) shall issue to defendants.

**ORDERED:    Plaintiff's Response to Defendant Cook's Motion to Dismiss Under Fed. R.
                    Civ. P. 12(b)(2) and 17(a) [filed January 31, 2007; doc. 11] is denied for the
                    reasons stated on the record.**

HEARING CONCLUDED.
**Court in recess:       10:23 a.m.**
Total time in court:      00:13