**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

**Civil Action No.: 06-cv-01733-EWN-CBS**        FTR - Reporter Deck - Courtroom A402
**Date:  October 30, 2007**        **Courtroom Deputy:**  Ben Van Dyke

MICHAEL L. ZINNA,        Pro se

    **Plaintiff,**

v.

ROBERT JACKSON COOK, *et al.,*        Pro se

    **Defendant.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in Session:       11:15 a.m.**
Court calls case.  Appearances of pro se parties.

The parties discuss the status of the case with the court.

**ORDERED:   Scheduling Conference set for November 15, 2007 at 8:30 a.m.  A proposed scheduling order is due by November 9, 2007.**

**ORDERED:   Plaintiff's Motion for Leave to Conduct Discovery [filed June 29, 2007; doc. 31] is denied without prejudice.**

**ORDERED:   The Clerk's Entry of Default [filed October 4, 2007; doc. 34] is hereby set aside.**

HEARING CONCLUDED.

**Court in Recess:       12:14 p.m.**
Total In-Court Time:     00:59