IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| Civil Action No.: 06-cv-01733-EWN-CBS | FTR - Reporter Deck - Courtroom A402 |
|---|---|
| Date: March 13, 2008 | Courtroom Deputy: Ben Van Dyke |

| MICHAEL L. ZINNA, | *Pro se* |
|---|---|
| **Plaintiff,** | |
| v. | |
| ROBERT JACKSON COOK, *et al.,* | No appearance |
| **Defendant,** | |
| TED MINK, Jefferson County Sheriff, | Patricia Wonsiewicz Gilbert |
| **Interested Party.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:   10:49 a.m.**
Court calls case. Appearances of counsel for Ted Mink and *pro se* plaintiff. No appearance for defendants.

An Order to Show Cause shall issue to defendant Robert J. Cook for his failure to appear at the hearing.

The parties present arguments regarding the Motion to Quash (doc. 43).

**ORDERED:   The Motion to Quash [filed February 12, 2008; doc. 43] is taken under advisement. The court advises the parties as to a procedure that it believes should be followed by the parties with regards to this matter.**

HEARING CONCLUDED.

**Court in recess**:   **11:52 a.m.**
Total time in court:   01:03