IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–01733–EWN–CBS

MICHAEL L. ZINNA,

    Plaintiff,

v.

COLORADOWACKOEXPOSED.COM, and
DOES 120,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    THIS MATTER COMES before the court pursuant to the Stipulated Protective Order (*doc. no. 56*) entered into by Plaintiff Zinna and Interested Party Jefferson County Sheriff's Office (Ted Mink).

    IT IS HEREBY ORDERED that the Motion to Quash (*doc. no. 43*) is **DENIED**, without prejudice and the Jefferson County Sheriff's Office (Ted Mink) is terminated as an interested party in this matter. The Clerk of Court is instructed to remove Ms. Gilbert from the electronic certificate of mailing.

    IT IS FURTHER ORDERED that there being no objections to Plaintiff's Motion for Extension of Time to File Motions for Amended Pleadings and Joinder (*doc. no. 47*), the instant motion is **GRANTED**. Plaintiff has up to and including **May 2, 2008** to file any motions for joinder of parties and/or amendment of pleadings.

    Parties are reminded that pursuant to D.C.COLOL.CIVR. 10.1E all papers filed with this court shall be double spaced.

**DATED:**     April 2, 2008