# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 06-cv-01733-EWN-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: April 16, 2008 | Courtroom Deputy: Ben Van Dyke |

MICHAEL L. ZINNA,  *Pro se*

    **Plaintiff,**

v.

ROBERT JACKSON COOK, *et al.,*  No appearance

    **Defendant.**

___

## COURTROOM MINUTES/MINUTE ORDER
___

**HEARING: PRELIMINARY PRETRIAL CONFERENCE**
**Court in Session:** 10:17 a.m.
Court calls case. Appearance of *pro se* plaintiff. No appearance for defendants.

An order to show cause shall issue to defendant Robert Jackson Cook.

**ORDERED:** Plaintiff's Motion to Compel [filed March 13, 2008; doc. 50] is denied without prejudice for the reasons stated on the record.

**ORDERED:** Plaintiff's Motion for Extension of Time to Designate Expert Witnesses [filed March 31, 2008; doc. 57] is granted. The deadline to designate affirmative experts is extended to May 9, 2008, and the deadline to designate rebuttal experts is extended to June 9, 2008.

HEARING CONCLUDED.
**Court in recess:** 10:33 a.m.
Total time in court: 00:16