**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 06-cv-01733-EWN-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: May 5, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| MICHAEL L. ZINNA, | *Pro se* |
| **Plaintiff,** | |
| v. | |
| ROBERT JACKSON COOK, *et al.,* | No appearance |
| **Defendant,** | |
| JOE MORALES, *et al.*, | Henry R. Reeve |
| | Michael J. Milne |
| **Interested Parties.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 3:06 p.m.
Court calls case. Appearances of counsel for interested parties and *pro se* plaintiff. No appearance for defendants.

**ORDERED:** In light of plaintiff's oral withdrawal of his subpoenas, the Motion to Quash Subpoena Duces Tecum Served on Witness Joe Morales [filed April 18, 2008; doc. 64], the Objection and Motion to Quash Subpoena Duces Tecum or, In the Alternative, for Protective Order [filed April 21, 2008; doc. 66] and the Amended Objection and Motion to Quash Subpoena Duces Tecum or, In the Alternative, for Protective Order [filed May 2, 2008; doc. 74] are denied as moot.

**ORDERED:** Plaintiff's Motion for an Extension of Time to Serve Interrogatories and Requests for Production [filed April 28, 2008; doc. 69] is granted. The discovery deadline is extended to June 19, 2008.

**ORDERED:** Plaintiff's Motion for Sanctions included within his Response to Motion to Quash Subpoena (doc. 78) is denied without prejudice.

**ORDERED: Plaintiff's Motion for Leave to File Amended Complaint and Joinder [filed April 28, 2008; doc. 70] is taken under advisement.**

HEARING CONCLUDED.

**Court in recess:** **3:43 p.m.**
Total time in court: 00:37