IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–01733–EWN–CBS

MICHAEL L. ZINNA,

    Plaintiff,

v.

COLORADOWACKOEXPOSED.COM, and
DOES 120,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Designate Affirmative Experts (*doc. no. 85)* is **GRANTED**. The deadline for Rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to **May 27, 2008**.

    IT IS FURTHER ORDERED that the Stipulated Motion to Amend Stipulated Protective Order (*doc. no. 87)* is **GRANTED**. The proposed order amending stipulated protective order (*doc. no. 87-2)* is accepted by the court.

    IT IS FURTHER ORDERED that Jefferson County Sheriff Ted Mink's Motion to Withdraw Motion to Quash as Moot (*doc. no. 89)* is **GRANTED** and the Motion to Quash (*doc. no. 76)* is **MOOT**.

**DATED:**    May 13, 2008