IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-1733-EWN-CBS

MICHAEL L. ZINNA,

    Plaintiff,

v.

ROBERT JACKSON COOK, a resident of Colorado and owner of the internet domain and website known as www.ColoradoWackoExposed.com, and DOES 1-20,

    Defendants.

---

# ORDER AMENDING STIPULATED PROTECTIVE ORDER

---

Plaintiff and the Jefferson County Sheriff's Office (the relevant "Parties") stipulate to this Amendment to the Stipulated Protective Order Concerning Confidential Information [Docket No. 56] (the "Order"), as follows:

    A.    Paragraphs 4 and 5 shall be deleted and replaced with the following:

    4.    Plaintiff may not disclose the identity of the Witness except to the extent necessary to conduct a deposition of the witness.

    B.    The remaining paragraphs of the Order shall remain in full force.

DATED at Denver, Colorado, this 13th day of May, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

STIPULATED TO AND APPROVED AS TO FORM this 9th day of May, 2008.

s/ Michael L. Zinna
_____
Michael L. Zinna
3100 Umatilla Street
Denver, CO 80211
P.O. Box 4
Denver, CO 80201

Plaintiff

ELLEN G. WAKEMAN
ACTING JEFFERSON COUNTY ATTORNEY

     s/ Patricia W. Gilbert
By:_____
     Patricia W. Gilbert
     Assistant County Attorney
     100 Jefferson County Pkwy., Ste. 5500
     Golden, CO 80419
     Phone:  (303) 271-8913
    Email:   pgilbert@jeffco.us

     Attorney for the Jefferson County Sheriff