## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 06-cv-01733-EWN-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date August 26, 2008 | Courtroom Deputy: Debra Brown |

MICHAEL L. ZINNA                                            Pro se

    **Plaintiff(s),**

    v.

ROBERT JACKSON COOK                                   Pro se (No Appearance)

    **Defendant(s).**

TED MINK
    **Interested Party.**

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTIONS HEARING

**Court in Session:** 8:05 a.m.

Court calls case. Appearance by Michael L. Zinna, Plaintiff, pro se. The Court notes that there is No Appearance by Robert Jackson Cook, Defendant, pro se and will issue a written order.

Discussion by the Court and Plaintiff regarding the various pending motions.

Plaintiff requests ten (10) days to file an Amended Motion to Dismiss and a Proposed Third Amended Complaint.

**ORDERED**: Plaintiff's Oral Motion to withdraw and [70] First MOTION for Leave to File Amended Complaint and Joinder is **GRANTED.** Plaintiff shall have ten (10) days from date to file an appropriate Amended Motion for Leave to File an Amended Complaint and a Proposed Third Amended Complaint that is not deficient.

**ORDERED:** Regarding [60] Combined MOTIONS to Dismiss by Defendant Robert Jackson Cook. The Court will issue a written Report and Recommendation.

ORDERED: The [93] MOTION For Extension of Time to Designate Rebuttal Experts by Plaintiff. [96] MOTION For Extension of Time to File Dispositive Motions by Plaintiff are **TAKEN UNDER ADVISEMENT** pending Plaintiff's re-filing of an Amended Motion to Amend and Proposed Third Amended Complaint.

HEARING CONCLUDED.

**Court in recess**: 8:52 a.m.
Total time in court: 00:47