IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01733-EWN-CBS

MICHAEL L. ZINNA,

    Plaintiff,

v.

ROBERT JACKSON COOK, a resident of Colorado and owner of the internet domain
and website known as www.ColoradoWackoExposed.com and
DOES 1-20,

    Defendants.

## ORDER

Magistrate Judge Shaffer

    THIS MATTER comes before the court on *pro se* Plaintiff Michael L. Zinna's "Motion for Leave to File Revised Third Amended Complaint" (doc. # 103), filed on September 10, 2008. As of the date of this Order, Defendant Cooke has not filed a response or any opposition to the instant motion, in accordance with the court's deadline of September 22, 2008, set per a Minute Order[1] (doc. # 105), filed on September 11, 2008.

    With a General Order of Reference (doc. # 2), dated September 7, 2006, this matter was referred to the Magistrate Judge "to hear and determine any pretrial matter which has been or will be presented in this case". I have carefully reviewed the subject motion, taken judicial notice of the court's entire file and considered the applicable Federal Rules of Civil Procedure

---

[1] While a copy of the Minute Order addressed to *pro se* Defendant Robert Jackson Cooke was returned by the U.S. Postal Service as 'Attempted - Not Known Unable to Forward' (doc. #106) on September 18, 2008, Mr. Cooke has not updated his current mailing address pursuant to D.C.COLOL.CIVR. 10.1 M.

and the applicable case law.

Accordingly, without objection from Defendant Cooke, it is ORDERED:

1. Plaintiff Zinna's Motion for Leave to File Revised Third Amended Complaint is GRANTED. As of the date of this Order, the Clerk of Court is instructed to accept and file Plaintiff's tendered "Revised Third Amended Complaint" (doc. # 103-2).

2. Plaintiff Zinna has thirty (30) days from the date of this Order to effect proper service upon the newly joined parties.

3. A status conference will be held on **November 25, 2008 at 10:00 a.m.** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

4. Plaintiff Zinna has seven (7) days from the date of this Order, to comply with the "Supplemental Discovery Scheduling Order" (doc. #221) filed on August 14, 2008 in Civil Action No. 05-cv-01016-RPM, by notifying Senior District Judge Matsch of my ruling on the motion to amend.

DATED at Denver, Colorado, this 6th day of October, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge