IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–01733–EWN–CBS

MICHAEL L. ZINNA,

    Plaintiff,

v.

ROBERT JACKSON COOK,
a resident of Colorado and owner of the internet domain and
website known as www.ColoradoWackoExposed.COM,
JAMES CONGROVE,
DUNCAN BRADLEY, and
DARIL CINQUANTA,

    Defendants.

---

# MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Corrected Revised Third Amended Complaint (*doc. # 111*) is GRANTED, in part. Plaintiff's 'Revised Third Amended Complaint' (*doc. # 111*) is modified at paragraph 25 as follows:

    25.    On information and belief, Plaintiff alleges that the Defendants acted in concert to publish false information about alleged conduct between Plaintiff and some of his friends and business associates that the Defendant operators of www.ColoradoWackoExposed.com claimed to have observed at many diverse locations during the several weeks prior to the postings. Although many of the diverse locations cited by the Defendant website operators are places actually frequented by the Plaintiff during that period of time, much of the accompanying disparaging information posted by the Defendants was false and printed in an effort to maliciously harm the Plaintiff.

**DATED:**    October 21, 2008