IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 06-cv-01733-CMA-CBS

MICHAEL L. ZINNA,

    Plaintiff,

v.

ROBERT JACKSON COOK, a resident of Colorado and owner of the internet domain and website known as www.ColoradoWackoExposed.com and
Does 1-20,

    Defendants.

---

ORDER ADOPTING AND AFFIRMING SEPTEMBER 28, 2008 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE
_____

THIS MATTER is before the Court on Plaintiff's Combined Motions to Dismiss (Doc. # 60), filed April 15, 2008. The Motion was referred to Magistrate Craig B. Shaffer for a Recommendation by Order of Reference dated April 1, 2008. Magistrate Judge Shaffer issued a Recommendation on September 29, 2008, that the above referenced motion be denied.
(Recommendation at 1.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 1.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

> "In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Shaffer is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that the above referenced Combined Motions to Dismiss should be denied. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Shaffer (Doc. # 60), filed September 29, 2008, is **AFFIRMED** and **ADOPTED** .

In accordance therewith, it is

FURTHER ORDERED that Plaintiff's Combined Motions to Dismiss (Doc. # 60), filed April 15, 2008 is **DENIED**.

DATED: November 10, 2008

BY THE COURT:

*Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge