IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01733-CMA-CBS

MICHAEL L. ZINNA,
    Plaintiff,
v.

ROBERT JACKSON COOK, a resident of Colorado and owner of the internet domain and website known as www.ColoradoWackoExposed.com,
JAMES CONGROVE,
DUNCAN BRADLEY, and
DARIL CINQUANTA,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This matter comes before the court on: (1) the parties' "Unopposed Motion for Entry of Stipulation and Protective Order" (filed December 9, 2008) (doc. # 137); (2) "Intervenor Jane Doe's Withdrawal of Motion to Intervene under Pseudonym and Motion for Entry to Protective Order Concerning Confidential Information" (filed December 8, 2008) (doc. # 134); (3) Intervenor Jane Doe's "Motion for Entry of Protective Order Concerning Confidential Information" (filed November 17, 2008) (doc. # 125); and (4) Jane Doe's "Motion to Intervene under Pseudonym" (filed November 17, 2008) (doc. # 123). Pursuant to the Order of Reference dated September 7, 2006 (doc. # 2) and the memoranda dated November 17, 2008 (doc. # 126), December 8, 2008 (doc. # 135), and December 10, 2008 (doc. # 138), these matters were referred to the Magistrate Judge. The court having reviewed the matters, the entire case file, the proceedings held on November 25, 2008 (*see* doc. # 131), and the applicable law, and being sufficiently advised in the premises,

1

IT IS ORDERED that:

1. The parties' "Unopposed Motion for Entry of Stipulation and Protective Order" (filed December 9, 2008) (doc. # 137) is GRANTED. The proposed Stipulation and Protective Order Concerning Confidential Witness (doc. # 137-2) is accepted by the court. In addition to Fed.R.Civ.P. 26(c)(2), and D.C.ColoL.CivR. 7.2 parties are ORDERED to comply with all applicable Federal Rules of Civil Procedure and the Local Rules of Practice in the United States District Court for the District of Colorado regarding the execution of this protective order.

2. "Intervenor Jane Doe's Withdrawal of Motion to Intervene under Pseudonym and Motion for Entry to Protective Order Concerning Confidential Information" (filed December 8, 2008) (doc. # 134) is GRANTED.

3. Intervenor Jane Doe's "Motion for Entry of Protective Order Concerning Confidential Information" (filed November 17, 2008) (doc. # 125) is hereby WITHDRAWN.

4. Jane Doe's "Motion to Intervene under Pseudonym" (filed November 17, 2008) (doc. # 123) is DENIED AS MOOT.

DATED at Denver, Colorado, this 18th day of December, 2008.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge