IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 06-cv-01733-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:   February 19, 2009 | Courtroom Deputy: Ginny Kramer |

| *Parties:* | *Counsel:* |
|---|---|
| MICHAEL L. ZINNA, | Pro Se |
| Plaintiff, | |
| v. | |
| ROBERT JACKSON COOK, et al., | Robert Cook - Pro Se |
| | Patrick Tooley |
| Defendants | Andrew McLetchie |
| | Timothy Schimberg |
| | Chad Gillam |
| | Steve Johnston |
| | Patricia Gilbert |
| | Writer Mott |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**

**Court in Session: 11:39 a.m.**

Court calls case.  Appearances of counsel.

The Court and counsel discuss discovery dispute issues.

Statements to the Court by Mr. McLetchie, for the defendant Duncan Bradley.

Statement to the Court by Mr. Zinna, the plaintiff.

**It was ORDERED**:

1. That the Interested Party, John Thirkell's, Motion for Protective Order [#170] filed February 6, 2009, is **GRANTED**.

2. That a further Status Conference is scheduled for **Friday, February 20, 2009, at 4:00 p.m.** at which time the parties shall update the Court as to any further discovery disputes.

3. That the deposition of Mr. John Thirkell shall take place in the Court's jury room on Tuesday, February 24, 2009.

Hearing Concluded.

**Court in recess: 12:25 p.m.**
Total time in court: 00:46

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.