IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–01733–CMA–CBS

MICHAEL L. ZINNA,

    Plaintiff,

v.

ROBERT JACKSON COOK,
a resident of Colorado and owner of the internet domain and
website known as www.ColoradoWackoExposed.COM,
JAMES CONGROVE,
DUNCAN BRADLEY, and
DARIL CINQUANTA,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant Duncan Bradley's Unopposed Motin to Amend the Scheduling Order Regrding Expert Witness Disclosure Deadlines and Expert Witness Discovery Cut-off Deadline (doc #202, filed 5/4/2009) is GRANTED as follows:

1. Plaintiff's expert witness disclosures shall be due on or before June 30, 2009.
2. Defendant's expert witness disclosures will be due on or before July 31, 2009.
3. Rebuttal experts will be due on or before August 31, 2009.
4. Discovery cut-off, with respect to expert witness discovery only, is extended to October 15, 2009.

**DATED:**    May 8, 2009