**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-01733-CMA-CBS

MICHAEL L. ZINNA,

    Plaintiff,

v.

ROBERT JACKSON COOK, a resident of Colorado and owner of the internet domain and website known as www.ColoradoWackoExposed.com,
JAMES CONGROVE,
DUNCAN BRADLEY, and
DARIL CINQUANTA,

    Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF
DEFENDANT DARIL CINQUANTA**

---

This matter is before the Court on the parties' Stipulation for Dismissal [of Defendant Daril Cinquanta] With Prejudice (Doc. # 207). The Court has reviewed the Stipulation and ORDERS as follows:

All claims that Plaintiff has asserted or could have asserted against Defendant Daril Cinquanta in the above-titled action are hereby DISMISSED WITH PREJUDICE, and each party shall pays his own costs and attorneys' fees. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Davil Cinquanta as a defendant in this case.

DATED: June __30__, 2009

                                                  BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge