## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 06-cv-01733-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: August 25, 2009 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| MICHAEL L. ZINNA, | *Pro se* |
| Plaintiff, | |
| v. | |
| ROBERT JACKSON COOK, | *No appearance* |
| JAMES CONGROVE, | Patrick Dale Tooley |
| DUNCAN BRADLEY, | Andrew R. McLetchie |
| | Timothy P. Schimberg |
| Defendants, | |
| and | |
| TED MINK, | *No appearance* |
| JOHN THIRKELL, | *No appearance* |
| BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, | Writer Mott |
| Interested Parties. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:    10:08 a.m.**
Court calls case. Appearances of counsel. Also present is Christopher Beall.

Discussion regarding deposition of Mr. Hutfless. The court suggests scheduling the deposition on either September 15th or September 16th and to hold the deposition in the jury deliberation room. Counsel will notify chambers' staff with a definite date.

Discussion and arguments regarding The Board of County Commissioners of Jefferson County's Motion for Protective Order.

Mr. Mott makes an oral motion to withdraw the Motion for Protective Order.

For the reasons as stated on the record, it is:

**ORDERED:** The Board of County Commissioners' oral motion to withdraw the Motion for Protective Order is **GRANTED**. The Motion for Protective Order (doc. #[219], filed 8/5/2009) is **WITHDRAWN**.

Mr. Beall makes an oral motion to withdraw the Brief in Opposition to the Motion for Protective Order (doc 225) and to withdraw the Motion to Withdraw (doc 228).

**ORDERED**: Plaintiff's oral motion to withdraw the brief in opposition to the Motion for Protective Order is **GRANTED**. The Brief in Opposition to Motion for Protective Order, (doc #[225], filed 8/19/2009) is **WITHDRAWN**.

The court will contact Judge Arguello's chambers regarding the oral motion to withdraw the Motion to Withdraw as Attorney, (doc #[228], filed 8/21/2009).

**ORDERED**: Defendant Bradley's Unopposed Motion for Extension of Time to File a Reply in Support of Objection to Magistrate Judge Shaffer's Recommendation Re: The Motion to Dismiss (doc. #[223], filed 8/13/2009) is **GRANTED to August 21, 2009**.

HEARING CONCLUDED.

**Court in recess**:     **10:37 a.m.**
Total time in court:    00:29

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.