IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 06-cv-01733-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: September 24, 2009 | Courtroom Deputy: Linda Kahoe |

MICHAEL L. ZINNA,   *Pro se*

   Plaintiff,

v.

ROBERT JACKSON COOK,   *No appearance*
JAMES CONGROVE,   Patrick Dale Tooley
DUNCAN BRADLEY,   Andrew R. McLetchie

   Defendants,

TED MINK, *et al.,*   Writer Mott

   Interested Parties.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTION HEARING
**Court in session:** 7:52 a.m.
Court calls case. Appearances of counsel.

Discussion and arguments regarding Plaintiff's Motion to Compel (doc #235), and the Unopposed Motion to Amend Scheduling Order (doc #236).

For the reasons as stated on the record, it is:

ORDERED:   Plaintiff's Motion to Compel (doc #[235], filed 9/3/2009) is DENIED.

ORDERED:   Plaintiff Zinna's Unopposed Motion to Amend the Scheduling Order Regarding Discovery Cut-Off and to Conduct Additional Depositions (doc #[236], filed 9/3/2009) is GRANTED to and including OCTOBER 30, 2009 for purposes of conducting additional depositions only. No further extensions will be granted.

ORDERED:   The parties shall file a Status Report by 5:00 p.m. on SEPTEMBER 28, 2009. The Status Report must state the following: 1) all of the remaining depositions; 2) when the depositions will be conducted; 3) where the depositions will be conducted; and 4) length of time for depositions.

HEARING CONCLUDED.
**Court in recess:** 8:31 a.m.
Total time in court: 00:39

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.