**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.:  06-cv-01733-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:  January 19, 2010 | Courtroom Deputy:  Linda Kahoe |

MICHAEL L. ZINNA,                                          *Pro se*

      Plaintiff,

      v.

ROBERT JACKSON COOK,                              *No Appearance*

JAMES CONGROVE,                                       Patrick Dale Tooley

DUNCAN BRADLEY,                                      Andrew R. McLetchie
                                                                      Timothy Peter Schimberg

      Defendants,

TED MINK,

JOHN THIRKELL,                                          James Lawrence Burgess

      Interested Parties.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   MOTION HEARING**
**Court in session:       2:26 p.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Motion to Quash, or in the Alternative, Motion for Protective Order From Non-Party Board of County Commissioners of Jefferson County, Colorado, doc #[272], filed 12/4/2009.

Mr. Burgess makes statements and presents copies of case law.

Mr. Tooley makes statements.

Mr. Zinna makes statements.

For the reasons as stated on the record, it is:

**ORDERED**:    Motion to Quash, or in the Alternative, Motion for Protective Order From Non-Party Board of County Commissioners of Jefferson County, Colorado, doc #[272] is **GRANTED**.  The Subpoena issued to Board of Jefferson County Commissioners on November 6, 2009 is hereby **QUASHED**.

Discussion regarding Amended Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendants' Motions for Summary Judgment, doc #[290], filed 1/8/2010.

Mr. McLetchie states no objections.

**ORDERED**:    Amended Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendants' Motions for Summary Judgment, doc #[290], is **GRANTED**. Plaintiff's responses to the Motions for Summary Judgment, doc #[274], doc #[275], and doc #[280] are due on or before **JANUARY 29, 2010.**  Defendants may file reply briefs within 15 days.

**ORDERED**:    A Motion Hearing is set for **FEBRUARY 24, 2010 at 9:00 a.m.** to hear arguments on Defendant Duncan Bradley's Motion for Partial Summary Judgment Pursuant to Fed.R.Civ.P56.(D), doc #[274]; Defendant Duncan Bradley's Motion for Summary Judgment Pursuant to Fed.R.Civ.P.56 Regarding the Statute of Limitations, doc #[275]; and James Congrove's Motion for Summary Judgment, doc #[280].

HEARING CONCLUDED.

**Court in recess**:        **3:09 p.m.**
Total time in court:     00:43

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.