**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 06-cv-01733-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| **Date:** February 24, 2010 | **Courtroom Deputy:** Linda Kahoe |

| | |
|---|---|
| MICHAEL L. ZINNA, | *Pro se* |
| Plaintiff, | |
| v. | |
| ROBERT JACKSON COOK, | *No appearance* |
| JAMES CONGROVE, | Patrick Dale Tooley |
| DUNCAN BRADLEY, | Andrew R. McLetchie |
| | Timothy Peter Schimberg |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in session:** 8:55 a.m.
Court calls case. Appearances of counsel.

Discussion and arguments regarding Defendant Duncan Bradley's Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56 Regarding the Statute of Limitations, doc #[275], filed 12/21/2009.

Discussion and arguments regarding James Congrove's Motion for Summary Judgment, doc #[280], filed 12/21/2009.

Discussion and arguments regarding Defendant Duncan Bradley's Motion for Partial Summary Judgment Pursuant to Fed.R.Civ.P. 56(d), doc #[274], filed 12/21/2009.

The court will issue a Recommendation on the motions.

HEARING CONCLUDED.
**Court in recess**: 9:48 a.m.
Total time in court: 00:53

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.