IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 06-cv-01733-CMA-CBS

MICHAEL L. ZINNA,

    Plaintiff,

v.

ROBERT JACKSON COOK, a resident of Colorado and owner of the internet domain and website known as www.ColoradoWackoExposed.com,
JAMES CONGROVE, and
DUNCAN BRADLEY,

    Defendants.

---

# ORDER TO CURE DEFICIENCY

---

Plaintiff submitted a Notice of Appeal on October 7, 2010 (Doc. # 331). The Court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A) Filing Fee**
    <u> X </u>    is not submitted

**(B) Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    <u> X </u>    is not submitted
    <u>   </u>    is not on proper form (must use the court's current form)
    <u>   </u>    is missing original signature by plaintiff/petitioner on motion
    <u>   </u>    is missing affidavit
    <u>   </u>    affidavit is incomplete
    <u>   </u>    is missing original signature by plaintiff/petitioner on affidavit
    <u>   </u>    affidavit is not notarized or is not properly notarized
    <u>   </u>    other<u>                                 </u>

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this   8th   day of October, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge